**SHA-1 Hash:** 59448198C43090645093E37289900D8EBB4D4D04    **Title:** Veronica Wet Orgasm
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 174.58.90.122 | 1/6/2012 1:47 | Port Charlotte | FL | Comcast Cable | BitTorrent |
| 2 | 174.58.94.173 | 2/4/2012 2:44 | Port Charlotte | FL | Comcast Cable | BitTorrent |
| 3 | 174.63.130.37 | 12/21/2011 3:19 | Fort Myers | FL | Comcast Cable | BitTorrent |
| 4 | 24.129.19.18 | 12/20/2011 14:04 | Orange Park | FL | Comcast Cable | BitTorrent |
| 5 | 66.177.85.12 | 1/10/2012 18:29 | Callahan | FL | Comcast Cable | BitTorrent |
| 6 | 68.51.250.185 | 1/4/2012 8:01 | Fort Myers | FL | Comcast Cable | BitTorrent |
| 7 | 68.54.61.80 | 12/24/2011 3:34 | Fort Myers | FL | Comcast Cable | BitTorrent |
| 8 | 68.59.146.223 | 2/14/2012 2:36 | Orlando | FL | Comcast Cable | BitTorrent |
| 9 | 68.59.152.247 | 1/6/2012 22:49 | Leesburg | FL | Comcast Cable | BitTorrent |
| 10 | 68.59.164.195 | 1/7/2012 0:00 | Montverde | FL | Comcast Cable | BitTorrent |
| 11 | 69.247.56.123 | 2/8/2012 20:34 | Estero | FL | Comcast Cable | BitTorrent |
| 12 | 69.254.56.173 | 2/7/2012 7:14 | Naples | FL | Comcast Cable | BitTorrent |
| 13 | 76.101.99.61 | 2/5/2012 15:19 | Estero | FL | Comcast Cable | BitTorrent |
| 14 | 76.123.88.82 | 1/22/2012 4:49 | Bartow | FL | Comcast Cable | BitTorrent |
| 15 | 76.26.233.230 | 1/27/2012 13:04 | Orlando | FL | Comcast Cable | BitTorrent |
| 16 | 76.26.243.78 | 1/14/2012 3:41 | Debary | FL | Comcast Cable | BitTorrent |
| 17 | 98.208.183.11 | 2/5/2012 5:10 | Marco Island | FL | Comcast Cable | BitTorrent |
| 18 | 98.208.190.187 | 11/29/2011 5:23 | Fort Myers | FL | Comcast Cable | BitTorrent |
| 19 | 98.238.52.37 | 11/30/2011 4:06 | Bonita Springs | FL | Comcast Cable | BitTorrent |
| 20 | 108.33.26.27 | 2/6/2012 5:06 | Clearwater | FL | Verizon Internet Services | BitTorrent |
| 21 | 108.9.45.212 | 11/24/2011 11:33 | Plant City | FL | Verizon Internet Services | BitTorrent |
| 22 | 173.65.149.154 | 12/19/2011 0:12 | Land O Lakes | FL | Verizon Internet Services | BitTorrent |

EXHIBIT A

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 23 | 173.65.192.201 | 2/23/2012 11:37 | Palmetto | FL | Verizon Internet Services | BitTorrent |
| 24 | 173.65.234.186 | 1/2/2012 5:28 | Clearwater | FL | Verizon Internet Services | BitTorrent |
| 25 | 173.78.228.26 | 2/3/2012 15:57 | Lakeland | FL | Verizon Internet Services | BitTorrent |
| 26 | 173.78.43.203 | 1/19/2012 12:08 | Odessa | FL | Verizon Internet Services | BitTorrent |
| 27 | 71.101.35.234 | 12/6/2011 23:11 | Auburndale | FL | Verizon Internet Services | BitTorrent |
| 28 | 71.99.225.176 | 2/29/2012 17:02 | Apollo Beach | FL | Verizon Internet Services | BitTorrent |
| 29 | 72.64.135.208 | 12/15/2011 23:26 | Sarasota | FL | Verizon Internet Services | BitTorrent |
| 30 | 72.77.209.57 | 1/26/2012 0:54 | Sarasota | FL | Verizon Internet Services | BitTorrent |
| 31 | 96.228.165.190 | 1/30/2012 2:50 | Riverview | FL | Verizon Internet Services | BitTorrent |
| 32 | 96.243.135.252 | 1/4/2012 20:13 | New Port Richey | FL | Verizon Internet Services | BitTorrent |
| 33 | 96.243.181.49 | 12/27/2011 12:15 | Bradenton | FL | Verizon Internet Services | BitTorrent |
| 34 | 96.243.187.125 | 1/28/2012 8:22 | Palm Harbor | FL | Verizon Internet Services | BitTorrent |
| 35 | 96.252.169.192 | 1/30/2012 2:12 | Winter Haven | FL | Verizon Internet Services | BitTorrent |